

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00115-CR

Charles Matthew **SAENZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3288A
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REFORMED to delete the assessment of attorney's fees as costs. The trial court's judgment is AFFIRMED AS REFORMED.

The Bexar County District Clerk, Donna Kay McKinney, is ORDERED to delete the $6,750.00 in attorney's fees from the bill of cost and to prepare and file a corrected bill of cost in this case.

SIGNED March 19, 2014.

_____
Luz Elena D. Chapa, Justice